

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2019

No. 04-18-00936-CV

Christopher **BAKER**, David Brown, and James Kerr,
Appellants

v.

James E. **BENNETT**, Jr., Dennis Worley, Sterling Koonce, Flying A Limited Partnership L.P.,
Joseph W. Forbes, Jr., Kenneth Clark, James Boggess, Joel Webb, Jaimie Livingston, David
Miner, Ronald English and MDF, LLC,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI05787
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellants' first motion for extension of time is GRANTED. Appellants' brief is due January 30, 2019.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2019.

KEITH E. HOTTLE,
Clerk of Court